Robert C. Weems (CA SBN 148156)
WEEMS LAW OFFICES
   769 Center Blvd., PMB 38
   Fairfax, CA 94930
   Ph: 415.881.7653
   Fx: 866.610.1430
   rcweems@weemslawoffices.com

Attorneys for Plaintiff,
   NANCY T. LEVINE

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO, MABN 670079
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, CA 94105
   Telephone: (415) 977-8924
   Facsimile: (415) 744-0134
   Email: marcelo.illarmo@ssa.gov

Attorneys for Defendant,
   NANCY A. BERRYHILL,
   Acting Commissioner of Social Security,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY T. LEVINE,<br><br>   Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>   Defendant. | No. 2:17-cv-00540-DB<br><br>STIPULATION AND ORDER RE: ATTORNEYS FEES |

1

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, |
| 2 | subject to the approval of the Court, that Plaintiff, NANCY T. LEVINE, be awarded attorney fees in |
| 3 | the amount of Seven Thousand Five Hundred Dollars and no cents ($7,500.00) under the Equal |
| 4 | Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). This amount represents compensation for all |
| 5 | legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in |
| 6 | accordance with 28 U.S.C. §§ 1920; 2412(d). |
| 7 | |
| 8 | After the Court issues an order for EAJA fees to Plaintiff, the government will consider (i) |
| 9 | Plaintiff's assignment to counsel, Robert C. Weems. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, |
| 10 | 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any |
| 11 | offset allowed under the United States Department of the Treasury's Offset Program. After the order |
| 12 | for EAJA fees is entered, the government will determine whether they are subject to any offset. |
| 13 | |
| 14 | Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that |
| 15 | Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be |
| 16 | made directly to Robert Weems, pursuant to the assignment executed by Plaintiff. Any payments |
| 17 | made shall be delivered to counsel, Robert Weems. |
| 18 | |
| 19 | This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees |
| 20 | and does not constitute an admission of liability on the part of Defendant under the EAJA or |
| 21 | otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any |
| 22 | and all claims that Plaintiff and/or Robert Weems including Weems Law Offices may have relating |
| 23 | to EAJA attorney fees in connection with this action. |
| 24 | |
| 25 | This award is without prejudice to the rights of Robert Weems and/or Weems Law Offices to |
| 26 | seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause |
| 27 | provisions of the EAJA. |
| 28 | SO STIPULATED AND AGREED: |

Dated: January 18, 2019

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138

1

STIPULATION　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　No. 2:17-cv-00540-DB

|   |   |
|---|---|
|   | Regional Chief Counsel, Region IX<br>Social Security Administration<br>MARCELO ILLARMO, MABN 670079,<br>Special Assistant United States Attorney |
|   | */s/Marcelo Illarmo*<br>MARCELO ILLARMO,<br>Attorneys for Defendant |
| Dated: January 18, 2019 | WEEMS LAW OFFICES |
|   | */s/Robert C. Weems*<br>Robert C. Weems,<br>Attorney for Plaintiff |

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.[1]

Dated: January 18, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.soc sec\levine0540.stip.eaja.ord

---

[1] In light of the parties' stipulation, plaintiff's December 5, 2018 motion for attorney's fees (ECF No. 28) is denied as having been rendered moot.